Ishaia Shalom, Doing Business as I. Shalom, Respondent, v. Fidelity and Deposit Company of Maryland, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

George M. Bakker, an Infant, by Simon Bakker, His Guardian ad Litem, and Simon Bakker, Respondents, v. Ætna Life Insurance Company of Hartford, Connecticut, Appellant.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

United States Light and Heat Corporation, Respondent, v. Guy M. Walker, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

John Soo Ahrn, as Administrator, etc., of James Paik, Deceased, Respondent, v. Merchants Mutual Casualty Company of Buffalo, Appellant. Benjamin Yokoyama, Respondent, v. Merchants Mutual Casualty Company of Buffalo, Appellant.— Judgments and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Benjamin Shapiro, Appellant. — Judgment reversed and a new trial ordered on the ground that the finding that defendant is guilty is clearly against the weight of the credible evidence. In our opinion there was not sufficient evidence to convict defendant of the crime charged in the information. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Eitingon Schild Co., Inc., and Murray H. Marker, Appellants, v. Niksal Plaza, Inc., Respondent.†— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

William Gruler, Respondent, v. Guaranteed Plumbing and Steam Heating Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

John K. Law, Respondent, v. The Brunswick-Balke-Collender Company, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

Louisa Martin, as Administratrix, etc., of Frederick Martin, Jr., Deceased, Respondent, v. Margaret E. Meehan, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

William V. O'Driscoll, as Sheriff of Hudson County, Respondent, v. Sons of Italy Grand Lodge, Inc., a Membership Corporation of the State of New York, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to dismiss appeal.

In the Matter of the Application of The City of New York, Acting by and through the Commissioner of Docks, Relative to Acquiring Title to and Possession of Such Wharfage Rights, Terms, Easements, Emoluments and Privileges Appurtenant to Pier New No. 32 (Old No. 41), North River, in the Borough of Manhattan, City of New York, as Are Not Now Owned by the City of New York, and All Wharfage Rights, etc., Appurtenant to that Certain Bulkhead Extending in

---

*Affd., 264 N. Y. 150.                    †Affd., 264 N. Y. 547.